IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANORA EK,

      Petitioner,               No. CIV S-08-0962 WBS DAD P

    vs.

TOM FELKER,

      Respondent.           <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's application for writ of habeas corpus within sixty days after this order is filed. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the habeas petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

     2. If the response to petitioner's habeas petition is a motion, the motion shall be noticed and briefed in accordance with Local Rule 78-230(b), (c) and (d);

     3. If the response to petitioner's habeas petition is an answer, petitioner's reply to the answer shall be filed and served within thirty days after the answer is served. Any motion for an evidentiary hearing shall be filed and served concurrently with petitioner's reply to the answer;

     4. All motions shall be noticed for hearing before the undersigned on a regularly scheduled law and motion calendar. Parties may appear at the hearing telephonically. To arrange telephonic appearance, a party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days prior to the hearing; and

     5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: May 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
ek0962.100f