IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANORA EK,** | CIV S-08-0962 WBS DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM FELKER,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including August 7, 2008.

DATED: June 23, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ek0962.111