IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANORA EK,** | CIV S-08-0962 WBS DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM FELKER,** | |
| Respondent. | |

Respondent has filed a request for an extension of time to file a response to Petitioner's Petition for Writ of Habeas Corpus. Good cause appearing, IT IS HEREBY ORDERED that Respondent's August 6, 2008 request is granted. Respondent shall file a response to Petitioner's Petition for Writ of Habeas Corpus on or before September 8, 2008.

DATED: August 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/ek0962.111(2)